ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: edthomas@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEFANY HAZELETT,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:17-cv-00274-MMD-VCP<br><br>[PROPOSED] STIPULATION AND ORDER TO TAKE DEPOSITIONS OUTSIDE CLOSE OF DISCOVERY AND TO EXTEND DISPOSITIVE MOTIONS DEADLINE |

Plaintiff, STEFANY HAZELETT and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, stipulate and agree to take the deposition of Pansy Renee Husted and the reconvened deposition of Plaintiff Stefany Hazelett on a date after the May 14, 2018 close of discovery. The parties also hereby stipulate and agree to extend the current dispositive motion deadline of June 13, 2018 up to and until **July 13, 2018**.

### DISCOVERY COMPLETED TO DATE

To date, the parties have completed the following discovery:

**Plaintiff**:

| | |
|---|---|
| Plaintiff's Initial Disclosures | September 28, 2017 |
| Plaintiff's First Supplemental Disclosures | October 9, 2017 |
| Responses to First Set of Requests | November 21, 2017 |

| | | |
|---|---|---|
| 1 | Responses to First Set of Interrogatories | November 21, 2017 |
| 2 | Responses to Second Set of Requests | December 8, 2017 |
| 3 | Responses to Second Set of Interrogatories | December 8, 2017 |
| 4 | Plaintiff's First Set of Requests | January 9, 2018 |
| 5 | Plaintiff's First Set of Interrogatories | January 9, 2018 |
| 6 | Plaintiff's Second Supplemental Disclosures | February 28, 2018 |
| 7 | Plaintiff's Third Supplemental Disclosures | March 7, 2018 |
| 8 | 30(b)(6) Deposition – Walmart | April 13, 2018 |
| 9 | Plaintiff's Fourth Supplemental Disclosures | April 27, 2018 |

**Defendant:**

| | | |
|---|---|---|
| 11 | Defendant's Initial Disclosures | September 29, 2017 |
| 12 | Defendant's First Set of Requests | October 17, 2017 |
| 13 | Defendant's First Set of Interrogatories | October 17, 2017 |
| 14 | Defendant's Second Set of Requests | November 7, 2017 |
| 15 | Defendant's Second Set of Interrogatories | November 7, 2017 |
| 16 | Defendant's First Supplemental Disclosures | December 11, 2017 |
| 17 | Responses to First Set of Requests | February 20, 2018 |
| 18 | Responses to First Set of Interrogatories | February 20, 2018 |
| 19 | Subpoenas to Various Medical Providers | February 23, 2018 |
| 20 | Supplemental Responses to First Set of Requests | February 21, 2018 |
| 21 | Defendant's Second Supplemental Disclosures | April 11, 2018 |
| 22 | Deposition – Stefany Hazelett | April 12, 2018 |
| 23 | Defendant's Third Supplemental Disclosures | May 1, 2018 |

### DISCOVERY STILL TO BE COMPLETED

| | | |
|---|---|---|
| 25 | Deposition – Bobbie Buist (North Carolina) | May 10, 2018 |
| 26 | Deposition – Brett Miller (Florida) | May 11, 2018 |
| 27 | Deposition – Stefany Hazelett (Reconvened) | June 4, 2018 (Proposed) |
| 28 | Deposition – Pansy Renee Husted | June 4, 2018 (Proposed) |

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

## REASONS FOR REQUEST

The parties have engaged in significant written discovery in this case and have met and conferred in good faith throughout the case in order to avoid court intervention in the discovery process. Additionally, the parties have conducted two key depositions in the case and are traveling this week for two additional depositions in North Carolina and Florida. While the parties have attempted to complete discovery under the parameters of the current scheduling order, the instant request, to allow depositions to be taken outside the date of the formal close of discovery and extend the dispositive motion deadline, is necessary because the depositions are critical to the parties preparation for dispositive motions/trial.

Conducting Plaintiff's reconvened deposition on a date after the current discovery deadline is necessary because Plaintiff recently produced a series of documents in this case which are relevant to her claims (April 27, 2018). The parties have already discussed the necessity of the reconvened deposition and met and conferred regarding the parameters of the same. The parties have also discussed the deposition of Ms. Husted, a witness Defendant recently disclosed in this matter (May 1, 2018), and it is also believed to be necessary to the case. The parties have proposed dates on which these two depositions could be taken and the earliest date the schedules of all parties would permit is June 4, 2018. Accordingly, the parties respectfully request that they be given leave to conduct these depositions on a date outside the current discovery period and that the dispositive motion deadline be extended 30 days in light of the same.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.

This is the parties' first request for an extension of the dispositive motion deadline in this case and is sought in good faith and not for the purpose of delay.

Dated: May 9, 2018

Respectfully submitted,

/s/ James P. Kemp
JAMES P. KEMP, ESQ.
KEMP & KEMP

Attorney for Plaintiff
STEFANY HAZELETT

Dated: May 9, 2018

Respectfully submitted,

/s/ Ethan D. Thomas
ROGER L. GRANDGENETT II, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**IT IS SO ORDERED.**

Dated: May 14, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:154486007.1 080000.1256

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4.