ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 25 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEFANY HAZELETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 3:17-cv-00274-MMD-VPC<br><br>~~[PROPOSED]~~ **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

　　　　Pursuant to LR IA 6-1, 6-2, and LR 26-4, Plaintiff, STEFANY HAZELETT and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, stipulate and agree to a 90-day extension of the dispositive motions deadlines pending participation in mediation. In support of this Stipulation the parties submit that the deadline to submit dispositive motions in this matter is currently July 13, 2018 (ECF No. 40). The new deadline would therefore be **October 11, 2018.** This is the second request for an extension to the dispositive motion filing deadline. The requested extension is sought in good faith and not for purposes of undue delay. The request to extend the dispositive motion deadline is subject to the good cause standard as the request is filed

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

more than 21 days prior to its expiration and in order to reserve the parties' resources pending participation in mediation.

Dated:  June 22, 2018

Respectfully submitted,


/s/ James P. Kemp, Esq.
JAMES P. KEMP, ESQ.
KEMP & KEMP

Attorney for Plaintiff
STEFANY HAZELETT

Dated: June 22, 2018

Respectfully submitted,


/s/ Z. Kathryn Branson, Esq.
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**IT IS SO ORDERED.**

Dated: June 25, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:155349449.1 080000.1256

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.