ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:  702.862.8800
Fax No.:     702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEFANY HAZELETT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 3:17-cv-00274-MMD-VPC<br><br>[~~PROPOSED~~] STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE<br><br>(THIRD REQUEST) |

　　　Pursuant to LR IA 6-1, 6-2, and LR 26-4, Plaintiff, STEFANY HAZELETT and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, stipulate and agree to a 90-day extension of the dispositive motions deadlines pending participation in a settlement conference. In support of this Stipulation the parties submit that the deadline to submit dispositive motions in this matter is currently October 11, 2018 (ECF No. 46). The new deadline would therefore be **January 9, 2019**.

　　　The parties worked diligently to schedule a mediation and have since agreed instead to seek a judicial settlement conference. On August 23, 2018, the parties filed a Stipulation and Order to Schedule a Settlement Conference Pursuant to LR II 16-5 (ECF No. 47). To date, an order on the parties' Stipulation has not been signed. The parties anticipate that a settlement conference will not be scheduled until well after the current dispositive motion deadline of October 11, 2018. As such,

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

out of an abundance of caution, the parties seek a 90-day extension to preserve attorneys' fees and costs in the pursuit of settlement of this case.

This is the third request for an extension to the dispositive motion filing deadline. The requested extension is sought in good faith and not for purposes of undue delay. The request to extend the dispositive motion deadline is subject to the good cause standard as the request is filed more than 21 days prior to its expiration and in order to preserve the parties' resources pending participation in a settlement conference pending a setting from the Court.

Dated: September 18, 2018

Respectfully submitted,

/s/ James P. Kemp, Esq.
JAMES P. KEMP, ESQ.
KEMP & KEMP

Attorney for Plaintiff
STEFANY HAZELETT

Dated: September 18, 2018

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**IT IS SO ORDERED.**

Dated: September 27, 2018.

_____
UNITED STATES MAGISTRATE JUDGE