JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff Stefany Hazelett

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| STEFANY HAZELETT,<br><br>    Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation<br><br>    Defendant. | Case No.: 3:17-cv-00274-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE**<br><br>**[FIRST REQUEST]** |

## **STIPULATION**

It is hereby stipulated by and between the parties, through their respective counsel, that Plaintiff, STEFANY HAZELETT (hereinafter referred to as "Plaintiff") shall have an extension from Friday, March 1, 2019 to and including Friday, March 22, 2019, in which to file her Response to Defendant's Motion for Summary Judgment filed February 8, 2019. Additionally, the Defendants shall have an extension through and including April 12, 2019 (an extra week beyond the usual April 5, 2019 deadline) to respond to the Plaintiff's response. This stipulation is submitted and based upon the following:

    1.    That Plaintiff's counsel has requested this extension of time and has informed Defendants' counsel that such an extension is necessary because counsel for Plaintiff has been experiencing a heavy workload with numerous court and administrative

1

hearings, attending and/or giving testimony at legislative hearings and working on lobbying efforts, written discovery, several depositions, Early Neutral Evaluation Conferences, preparing for one trial that was scheduled for February 26, 2019 that settled last week, and preparing for another trial set for April 1, 2019. As a result, during the time since the Defendant filed the motion, Plaintiff's counsel has not had sufficient time to respond to the Motion for Summary Judgment.

2. Further, during the first week of April, when Defendant's reply is due, Defendant's counsel is traveling for a firm training course. In addition, Defendant's counsel is traveling with family the week prior, necessitating the one week extension on the Reply.

3. The Parties are in agreement regarding the Plaintiff's request for a three week extension to file her response to the Defendants' Motion for Summary Judgment. In the interests of fairness and equity the Parties agree that the Defendants may have a corresponding three week period (which is one extra week), to April 12, 2019, to reply to the Plaintiff's response.

4. That this request for an extension of time for Plaintiff to file his Response to Defendant's above referenced Motion for Summary Judgment, and the corresponding extension for Defendants to respond to Plaintiff's Motion for Partial Summary Judgment, is made in good faith and not for purpose of delay.

DATED this 1st day of March, 2019.

| /s/ James P. Kemp | /s/ Z. Kathryn Branson |
|---|---|
| James P. Kemp, Esq. | Roger L Grandgenett, Esq. |
| Nevada Bar No. 6375 | Z. Kathryn Branson, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | LITTLER MENDELSON, P.C. |
| 7435 West Azure Drive, Suite 110 | 3960 Howard Hughes Pkwy, Suite 300 |
| Las Vegas, NV 89130 | Las Vegas, NV 89169 |
| Attorney for Plaintiff | Attorneys for Defendant |

## **ORDER**

Good cause appearing, the above stipulation is approved. The Plaintiff shall have through and including March 22, 2019 to file her response to the Defendant's February 8, 2019 Motion for Summary Judgment. The Defendants shall have through and including April 12, 2019 to reply to Plaintiff's response.

**IT IS SO ORDERED**

_____
U.S. DISTRICT COURT JUDGE

Dated: March 1, 2019

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983