UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEFANY HAZELETT,<br><br>  Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>  Defendant. | Case No. 3:17-cv-00274-MMD-CLB<br><br>ORDER |

This Court previously granted summary judgment in favor of Defendants. (ECF No. 63.) On appeal, the Court of Appeals for the Ninth Circuit reversed and remanded for trial on two of the claims—violations of the Family Medical Leave Act ("FMLA") and the Americans with Disabilities Act ("ADA"). (ECF No. 70.) Accordingly, the Court's order granting summary judgment (ECF No. 63) is vacated as to those two claims. The Judgment (ECF No. 64) is similarly vacated as to those two claims.

The court of appeals noted that the Court should address Defendant's argument in its motion for summary judgment that the ADA claim is time-barred. (ECF No. 70 at 10 n. 2.) The parties are directed to file a joint status report within seven days from the date of this order to address whether the Court should resolve this issue as briefed or whether the Court should permit supplemental brief.

DATED THIS 29th day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE