```
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com
```

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEFANY HAZELETT,<br><br>          Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation ,<br><br>          Defendant. | Case No. 3:17-cv-00274-MMD-CLB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order dated March 11, 2021, (ECF No. 79), the deadline to file a stipulation of dismissal of this case is April 26, 2021. The parties request an additional 30 days, up to and including May 26, 2021, to effectuate the terms set forth on the sealed record during the March 11, 2021, Video Settlement conference (ECF No. 79).

Dated: April 26, 2021

Respectfully submitted,

/s/ James P. Kemp, Esq.
JAMES P. KEMP, ESQ.
KEMP & KEMP

Attorney for Plaintiff
STEFANY HAZELETT

Dated: April 26, 2021

Respectfully submitted,

*[signature: Joe K. Branson]*

ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

IT IS SO ORDERED.
Dated: April 27, 2021

*[signature]*

UNITED STATES MAGISTRATE JUDGE

4821-9417-9047.1 / 080000-1256