ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEFANY HAZELETT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 3:17-cv-00274-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

　　　　Plaintiff STEFANY HAZELETT ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4811-4404-0929.1 / 080000-1256

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: March 20, 2021

Respectfully submitted,

/s/ James P. Kemp, Esq.
JAMES P. KEMP, ESQ.
KEMP & KEMP

Attorney for Plaintiff
STEFANY HAZELETT

Dated: March 20, 2021

Respectfully submitted,

ROGER L. GRANDGENETT II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC.

**IT IS SO ORDERED.**

Dated: May 20, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

2.